# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| FRANK RICHARD AGUILAR AND § <br> CYNTHIA NORA AGUILAR § <br>    *PLAINTIFFS,* § <br>     § <br> v. § <br>     § <br>     § <br> REGAL CINEMAS, INC., § <br> INDIVIDUALLY AND D/B/A ALAMO § <br> QUARRY CINEMAS #440939 AND AAT § <br> ALAMO QUARRY, LLC, INDIVIDUALLY § <br> AND DBA ALAMO QUARRY MARKET § <br>    *DEFENDANTS.* § | CIVIL ACTION NO. 5:20-CV-1029-JKP-HJB <br> JURY DEMANDED |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Frank Aguilar and Cynthia Aguilar ("Plaintiffs") and Defendants Regal Cinemas, Inc. and Schindler Elevator Corporation ("Defendants") (Plaintiffs and Defendants are collectively referred to as "the Parties") file this joint notice of settlement. The Parties advise the Court that all matters in controversy between Plaintiffs and Defendants in the above captioned matter have been confidentially resolved. The Parties are in the process of completing the settlement paperwork and respectfully request that the Court cancel the pretrial conference on May 29, 2025, remove this case from the Court's June 2, 2025 trial docket and provide the parties with sixty (60) days to finalize the settlement documentation and file the appropriate dismissal pleadings with the Court.

Respectfully submitted,

**HAGOOD & KING, LLC**

By: __/s/ Ryan King__
     Ryan King
     Texas Bar No. 24073263

        1520 E. Highway 6
        Alvin, Texas 77511
        Telephone: (281) 331-5757
        Facsimile: (281) 331-1105
        Email: firm@h-kfirm.com

**ATTORNEY FOR PLAINTIFFS**

**TRENT & TAYLOR, L.L.P.**

By:   */s/ T. Christopher Trent*
      T. Christopher Trent
      Texas Bar No. 20209400
      Raphael C. Taylor
      Texas Bar No. 00788514
      Leslee N. Haas
      Texas Bar No. 24041031
      919 Milam, Suite 1500
      Houston, Texas 77002
      Telephone: (713) 222-2323
      Facsimile: (713) 222-2226
      Email: ctrent@trent-law.com
      Email: rtaylor@trent-law.com
      Email: lhaas@trent-law.com

**ATTORNEYS FOR DEFENDANT**
**SCHINDLER ELEVATOR CORPORATION**
**AND REGAL CINEMAS, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on May 28, 2025 a true and correct copy of the foregoing document was served on all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

        */s/ Leslee N. Haas*
        Leslee N. Haas