UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIODIVISION

FRANK RICHARD AGUILAR,
CYNTHIA NORA AGUILAR,

   *Plaintiffs*,

v.

   No. 5:20-CV-01029-JKP

REGAL CINEMAS, INC., AAT ALAMO
QUARRY, LLC, SCHINDLER
ELEVATOR CORPORATION,

   *Defendants*.

### O R D E R

The parties informed the Court they reached a settlement. *ECF No. 207*.

For this reason, the Court vacates all remaining Scheduling Order deadlines and settings. The Court ORDERS the parties to submit a Stipulation of Dismissal or an Agreed Judgment and any appropriate supporting documents on or before **sixty (60) days from the date of this Order**. *See* Fed. R. Civ. P. 41. Should the parties be unable to finalize the settlement and submit appropriate filings and documents by that date, they must request an extension of time to do so. If the parties do not file a Stipulation of Dismissal or an Agreed Judgment or request an extension by the appropriate deadline, the Court will issue a Show Cause Order and sanctions may be issued for failure to follow a court order.

Any pending motions are DENIED as moot without prejudice to refiling, as needed.

The Court withdraws the referral of all pretrial matters to the assigned Magistrate Judge.

It is so ORDERED.
SIGNED this 28th day of May, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE