IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FRANK RICHARD AGUILAR AND<br>CYNTHIA NORA AGUILAR | § § § | |
| VS. | § § | C.A. NO. 5:20-cv-1029-JKP |
| REGAL CINEMAS, INC., INDIVIDUALLY<br>AND D/B/A ALAMO QUARRY CINEMAS<br>#440939, AND AAT ALAMO QUARRY,<br>LLC, INDIVIDUALLY AND D/B/A<br>ALAMO QUARRY MARKET | § § § § § § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL
CLAIMS AGAINST DEFENDANTS SCHINDLER ELEVATOR
CORPORATION AND REGAL CINEMAS, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Frank Richard Aguilar and Cynthia Nora Aguilar and Defendants Schindler Elevator Corporation and Regal Cinemas, Inc., through undersigned counsel, submit this Joint Stipulation of Dismissal with Prejudice of all claims in this case, with all parties waiving rights of appeal and rights pursuant to Fed. R. Civ. P. 60. Plaintiffs Frank Richard Aguilar and Cynthia Nora Aguilar respectfully request that this Court dismiss all claims brought by them against Defendants Schindler Elevator Corporation and Regal Cinemas, Inc. in this lawsuit with prejudice to refiling of the same. Each party shall bear their own costs, expenses, and attorneys' fees.

Therefore, the parties hereto respectfully request that this Court enter an order of dismissal with prejudice.

Respectfully Submitted,

HAGOOD & KING, LLC

By: /s/ Ryan King
Ryan King
Texas Bar No. 24073263, FBN: 1114926
John D. Woods, Jr.

Texas Bar No. 24067950, FBN: 1070930
1520 E. Highway 6
Alvin, Texas 77511
(281) 331-5757 - Telephone
firm@h-kfirm.com

*Attorneys for Plaintiffs Frank Richard Aguilar and Cynthia Nora Aguilar*

**TRENT & TAYLOR, L.L.P.**

By: _____
T. Christopher Trent
Texas Bar No. 20209400
Raphael "Rafe" C. Taylor
Texas Bar No. 00788514
919 Milam, Suite 1500
Houston, Texas 77002
(713) 222-2323 – Telephone
(713) 222-2226 – Facsimile
ctrent@trent-law.com
rtaylor@trent-law.com

*Attorneys for Defendants Schindler Elevator Corporation and Regal Cinemas, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June 2025, a true and correct copy of the foregoing document was served on the following counsel pursuant to the Federal Rules of Civil Procedure.

Ryan King                                                                                      ***Via ECF***
John D. Woods, Jr.
HAGOOD & KING, LLC
1520 E. Highway 6
Alvin, Texas 77511

_____
Rafe C. Taylor

1628707

2